# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No.: 3:17-CV-00573-BTM-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

## ORDER

Having reviewed the Joint Motion To Dismiss submitted by plaintiff Florence Morris and defendant Experian Information Solutions, Inc. (together, the "Parties"), the Court hereby GRANTS the joint motion and orders the action dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own fees and costs.

**IT IS SO ORDERED**

Dated: November 27, 2017　　　　By: _/s/ Barry Ted Moskowitz_
　　　　　　　　　　　　　　　　　Hon. Barry T. Moskowitz
　　　　　　　　　　　　　　　　　United States District Judge